THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH S. SACODA and DEMETRIUS GULA, Appellants.

Argued October 16, 1939; decided November 21, 1939.

*Charles A. Hickey, Robert V. Santangelo* and *David Sable* for Joseph S. Sacoda, appellant.

*Edward J. Pigott* and *Isidore Ginsberg* for Demetrius Gula, appellant.

*Thomas E. Dewey, District Attorney (Stanley H. Fuld, Burr F. Coleman* and *Charles C. Tillinghast, Jr.,* of counsel), for respondent.

As to each defendant: Judgment of conviction affirmed. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.